# APPEALANTS BRIEF

01-14-00980-CR
01-14-00981-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK

I Identify of parties and counsel at my PSI. Sentencing. I my counsel Clyde williams Parties 1 Susan Chapman my mother phone # 713 376 9655 Address 6205 marrinette dr # 112C Houston Texas 77036 Partie 2 Sharon glenn my Close relative Address 6205 marrinette dr # 112 C Houston texas 77036

TABLE of Contents references
1. Page 31 is an indictment Stating that I am pleading guilty to pulling a Knife on Sorida gomez the victim in the Case which you can go to the police report and see that it clearly proves that to be a lie Stating I did not pull the weapon at all, you Can even check for the finger prints that were found on the weapon Cleary are not my finger prints. #2 my indictment Page 6. Some one else also Stated in the indictment Using Slander and lieing Saying that I pulled the weapon on Sorida gomez when I clearly didn't also look at my testimony which is on DVD and I State what happened in the Situation also Page 13 has another written indictment HPD has my testimony on DVD the OR NO: 032005314 form CX. #3 Pages 40 States that my Case is a Plea bargain Case I was guaranteed Deffered adjudication by my attorney if I sign for a (PSI) and I didn't recieve that probation not making my case a plea bargain.

# APPEALANTS BRIEF

I filed motions for shock probation on 11-20-14 Page 47 47 Page 5 states on indictment for Evading ARREST from Peace officer Y. Ramirez which is true

The case is stated on DVD at the time of my arrest in which I spoke on behalf of everything which happened in the case. how I was threatned and coerced by my co Defendant who was not caught he forced me to hold Sorida gomez purse and I did so but did not hold a weapon to her which is proven in the police report

Oral arguement should be permitted when I went to court and got my sentence Vonessa Velasquez the Judge refused to let me speak on behalf of the case or what I was Seeking and also threatned me saying if I do not take the 8 years today She would reccomend to the Jury to sentence me to any where from 15-99 years (TDCJ)

Issues presented my lawyer at the time of me signing most of the (PSI) papers pleading guilty stated that I dont have to read them we will go over them at sentencing which caused me to not understand anything I was signing Clyde Williams never went

and visited me stating the circumstances of what I was signing and that she would recommend to the Judge that I get defferred adjudication probation page 32 of the brief states that I what I signed for is a PSI with out a recomendation so clyde williams lied to me clyde williams also stated that even though I didn't pull the weapon that she wants me to lie to the Judge Vanessa Velasquez saying that I was not threatred to hold Soridag gomez purse and also state that I pulled the weapon so I can get probation but in the end I recieved 8 years TDCJ

Statement of facts I told what happened to private investigators on the night of the crime and also stated what happened to the arresting officer plus another officer who recorded my statement with a body camera

Summary of the Arguement • innefective counsel clyde williams lied to me and coeherced me into signing a psi telling me I would recieve probation by lying to the Judge stating that I pulled the weapon and basically done it on my own which is not true and by bringing the woman to trial she will state that I did not pull a weapon on her also read the police report for further facts on the matter

Arguement. 1 I did not understand the stipulations and circumstances of The (PSI) due to ineffective counsel

2 I was coeherced and promised Deffered adjudication probation by pleading guilty to a PSI and lying to the Judge stating that I pulled the weapon when I clearly didn't pull the weapon

my prayer and what I am seeking to recieve out of this appeal is 1st the will of GOD in Christ Jesus to be done 2nd to recieve Drug and mental health canseling and treatment and either Deffered adjudication or shock probation or Trial with Sorida gomez so she can clearly state the matter of fact that I did not pull a weapon on her so my case may be dismissed plus I want to file a lawsuit aginst Clyde Williams my former lawyer for lying to me and coehercing me into signing a PSI without

fully explaing the outcomes of a (PSI) and not keeping her end of the so called plea bargain by getting me probation or go by the reccomendation of the (PSI) and grant me st pete drug treatment program I prefer shock probation or Defferred adjudication or we can take the case to trial so it will be dismissed once sorida gomez states I did not threaten her or use a weapon towards her

I would also like for some new counsel to appoint me in the matter of the situation so if not shock probation or Deffered Adjudication with drug and mental health I would like to face my accuser sorida gomez any y ramirez so yramirez can state how he seen me in the car clearly not taking part in the robbery when he arrived on the scene

I am not seeking less than the 8 year IDCJ sentence I'm seeking that shock probation be awarded on the matter of it, so I can get early parole or I am seeking to go in defferred adjudication for 8 years and drug and alcohol plus mental health treatment or straight to trial with Sorida gomez thats all Thank you for your time I greatly appreciate it alot have a blessed day

sinceriy David James Chapman

Signature *David Chapman*

Date 3/2/15

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: David Goodman
SPN: 02725XX Cell: XXXXXXX
Street: 1200 Baker St.
Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR - 6 2015
CHRISTOPHER A. PRINE
CLERK

LEGAL

INDIGENT

N HOLE THISO
TX 773
03 MAR '15
PM 7 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 77019 $ 000.48°
02 1W
0001374179 MAR 03 2015

First District court of
Appeals
301 Fannin Street
Houston texas 77002